# EXHIBIT A: Opt-In Forms

<u>**CONSENTIMIENTO PARA UNIRSE A LA ACCIÓN COLECTIVA**</u>
**De acuerdo con Ley de Normas Justas de Trabajo, 29 U.S.C. § 216(b)**

**Jose Alfredo Amaya, et al. v. INFINITE HOMES GROUP 646/500 LLC, et al.**

Nombre (escrito): _José Alfredo Amaya Martinez_

1. Tengo más de 18 años y soy competente para dar mi consentimiento en este asunto.

2. Doy mi consentimiento para perseguir mis reclamos por horas extras no pagadas y otros salarios que surgieron del trabajo que realicé para Infinite Homes Group 646/500 LLC, Infinite Homes Group 218 LLC, Infinite Homes Group 4108 LLC, Infinite Homes Group 21AC LLC, Infinite Homes Group 8N LLC, Infinite Homes Group 21AA LLC, Infinite Homes Group 21AD LLC, Infinite Homes Group 21AE LLC, Infinite Homes Group 21AHI LLC, Infinite Homes Group 2601 LLC, Infinite Homes Group 3629 LLC, Greilyn Construction LLC, E.S. Homes LLC, Shay Mokai, y/o Eron Heath ("Demandados") desde aproximadamente tres años antes de la fecha de este formulario.

3. Entiendo que esta demanda se presenta bajo la Ley de Normas Justas de Trabajo y la ley del estado de Maryland para recuperar salarios de horas extras y deducciones ilegales, daños adicionales y honorarios y costos de abogados. Doy mi consentimiento y opto por convertirme en un Demandante en todas las reclamaciones disponibles de la ley federal y estatal en esta acción. También acepto estar obligado por cualquier juicio o acuerdo de esta acción.

4. Al firmar y devolver este formulario, designo al Centro de Justicia Pública para que me represente y tome decisiones en mi nombre con respecto al litigio y cualquier acuerdo.

5. También doy mi consentimiento para unirme a cualquier acción separada o posterior para hacer valer mis reclamos contra los Demandados y/o entidades e individuos potencialmente responsables.

_____     _11/03/2023_____
Firma                          Fecha

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

**Jose Alfredo Amaya, et al. v. INFINITE HOMES GROUP 646/500 LLC, et al.**

Name (print): __Jose Alfredo Amaya_____

1. I am over the age of 18 and competent to give my consent in this matter.

2. I consent to pursue my claims for unpaid overtime and other wages arising out of work I performed for Infinite Homes Group 646/500 LLC, Infinite Homes Group 218 LLC, Infinite Homes Group 4108 LLC, Infinite Homes Group 21AC LLC, Infinite Homes Group 8N LLC, Infinite Homes Group 21AA LLC, Infinite Homes Group 21AD LLC, Infinite Homes Group 21AE LLC, Infinite Homes Group 21AHI LLC, Infinite Homes Group 2601 LLC, Infinite Homes Group 3629 LLC, Greilyn Construction LLC, E.S. Homes LLC, Shay Mokai, and/or Eron Heath ("Defendants") since approximately three years prior to the date of this form

3. I understand that this lawsuit is brought under the Fair Labor Standards Act and Maryland state law to recover overtime wages and unlawful deductions, additional damages, and attorneys' fees and costs. I consent and opt in to become a Plaintiff in all available federal and state-law claims in this action. I also agree to be bound by any judgment or settlement of this action.

4. By signing and returning this form, I designate the Public Justice Center to represent me and make decisions on my behalf concerning the litigation and any settlement.

5. I also consent to join any separate or subsequent action to assert my claims against Defendants and/or related entities and individuals potentially liable.

  /s/_____          11/14/2023_____
Signature                                                                                         Date

# CERTIFICATE OF TRANSLATION

I, Emily Woo Kee, am competent to translate from English into Spanish.  I hereby certify that the attached document entitled **"CONSENT TO JOIN COLLECTIVE ACTION"** has been truly and accurately translated into Spanish.  The Spanish translation of that document is entitled "**CONSENTIMIENTO PARA UNIRSE A LA ACCIÓN COLECTIVA**."

_____  11/14/2023
Emily Woo Kee                    Date
Public Justice Center
201 N. Charles Street
Suite 1200
Baltimore, Maryland 21201
410.625.9409 ext. 246

DocuSign Envelope ID: 421978D7-53CA-4DFA-8B58-A9B3006E5EB6

## **CONSENTIMIENTO PARA UNIRSE A LA ACCIÓN COLECTIVA**
**De acuerdo con Ley de Normas Justas de Trabajo, 29 U.S.C. § 216(b)**

**Jose Alfredo Amaya, et al. v. INFINITE HOMES GROUP 646/500 LLC, et al.**

Nombre (escrito): _Luis Miranda_____

1. Tengo más de 18 años y soy competente para dar mi consentimiento en este asunto.

2. Doy mi consentimiento para perseguir mis reclamos por horas extras no pagadas y otros salarios que surgieron del trabajo que realicé para Infinite Homes Group 646/500 LLC, Infinite Homes Group 218 LLC, Infinite Homes Group 4108 LLC, Infinite Homes Group 21AC LLC, Infinite Homes Group 8N LLC, Infinite Homes Group 21AA LLC, Infinite Homes Group 21AD LLC, Infinite Homes Group 21AE LLC, Infinite Homes Group 21AHI LLC, Infinite Homes Group 2601 LLC, Infinite Homes Group 3629 LLC, Greilyn Construction LLC, E.S. Homes LLC, Shay Mokai, y/o Eron Heath ("Demandados") desde aproximadamente tres años antes de la fecha de este formulario.

3. Entiendo que esta demanda se presenta bajo la Ley de Normas Justas de Trabajo y la ley del estado de Maryland para recuperar salarios de horas extras y deducciones ilegales, daños adicionales y honorarios y costos de abogados. Doy mi consentimiento y opto por convertirme en un Demandante en todas las reclamaciones disponibles de la ley federal y estatal en esta acción. También acepto estar obligado por cualquier juicio o acuerdo de esta acción.

4. Al firmar y devolver este formulario, designo al Centro de Justicia Pública para que me represente y tome decisiones en mi nombre con respecto al litigio y cualquier acuerdo.

5. También doy mi consentimiento para unirme a cualquier acción separada o posterior para hacer valer mis reclamos contra los Demandados y/o entidades e individuos potencialmente responsables.

DocuSigned by:
_[signature]_____     11/6/2023
4C1280BB10CD450...                        _____
Firma                                     Fecha

# CONSENT TO JOIN COLLECTIVE ACTION
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

**Jose Alfredo Amaya, et al. v. INFINITE HOMES GROUP 646/500 LLC, et al.**

Name (print): ___Luis Miranda_____

1. I am over the age of 18 and competent to give my consent in this matter.

2. I consent to pursue my claims for unpaid overtime and other wages arising out of work I performed for Infinite Homes Group 646/500 LLC, Infinite Homes Group 218 LLC, Infinite Homes Group 4108 LLC, Infinite Homes Group 21AC LLC, Infinite Homes Group 8N LLC, Infinite Homes Group 21AA LLC, Infinite Homes Group 21AD LLC, Infinite Homes Group 21AE LLC, Infinite Homes Group 21AHI LLC, Infinite Homes Group 2601 LLC, Infinite Homes Group 3629 LLC, Greilyn Construction LLC, E.S. Homes LLC, Shay Mokai, and/or Eron Heath ("Defendants") since approximately three years prior to the date of this form

3. I understand that this lawsuit is brought under the Fair Labor Standards Act and Maryland state law to recover overtime wages and unlawful deductions, additional damages, and attorneys' fees and costs. I consent and opt in to become a Plaintiff in all available federal and state-law claims in this action. I also agree to be bound by any judgment or settlement of this action.

4. By signing and returning this form, I designate the Public Justice Center to represent me and make decisions on my behalf concerning the litigation and any settlement.

5. I also consent to join any separate or subsequent action to assert my claims against Defendants and/or related entities and individuals potentially liable.

___/s/_____     ___11/14/2023_____
Signature                                                Date

## **CERTIFICATE OF TRANSLATION**

    I, Emily Woo Kee, am competent to translate from English into Spanish.  I hereby certify that the attached document entitled **"CONSENT TO JOIN COLLECTIVE ACTION"** has been truly and accurately translated into Spanish.  The Spanish translation of that document is entitled "**CONSENTIMIENTO PARA UNIRSE A LA ACCIÓN COLECTIVA**."

DocuSigned by:
*Emily Woo Kee*
71314EA6D13D451...

_____     11/14/2023
Emily Woo Kee                                         _____
Public Justice Center                               Date
201 N. Charles Street
Suite 1200
Baltimore, Maryland 21201
410.625.9409 ext. 246

RECEIVED NOV 09 2023

## CONSENTIMIENTO PARA UNIRSE A LA ACCIÓN COLECTIVA
De acuerdo con Ley de Normas Justas de Trabajo, 29 U.S.C. § 216(b)

**Jose Alfredo Amaya, et al. v. INFINITE HOMES GROUP 646/500 LLC, et al.**

Nombre (escrito): _Moisés Alemán_

1. Tengo más de 18 años y soy competente para dar mi consentimiento en este asunto.

2. Doy mi consentimiento para perseguir mis reclamos por horas extras no pagadas y otros salarios que surgieron del trabajo que realicé para Infinite Homes Group 646/500 LLC, Infinite Homes Group 218 LLC, Infinite Homes Group 4108 LLC, Infinite Homes Group 21AC LLC, Infinite Homes Group 8N LLC, Infinite Homes Group 21AA LLC, Infinite Homes Group 21AD LLC, Infinite Homes Group 21AE LLC, Infinite Homes Group 21AHI LLC, Infinite Homes Group 2601 LLC, Infinite Homes Group 3629 LLC, Greilyn Construction LLC, E.S. Homes LLC, Shay Mokai, y/o Eron Heath ("Demandados") desde aproximadamente tres años antes de la fecha de este formulario.

3. Entiendo que esta demanda se presenta bajo la Ley de Normas Justas de Trabajo y la ley del estado de Maryland para recuperar salarios de horas extras y deducciones ilegales, daños adicionales y honorarios y costos de abogados. Doy mi consentimiento y opto por convertirme en un Demandante en todas las reclamaciones disponibles de la ley federal y estatal en esta acción. También acepto estar obligado por cualquier juicio o acuerdo de esta acción.

4. Al firmar y devolver este formulario, designo al Centro de Justicia Pública para que me represente y tome decisiones en mi nombre con respecto al litigio y cualquier acuerdo.

5. También doy mi consentimiento para unirme a cualquier acción separada o posterior para hacer valer mis reclamos contra los Demandados y/o entidades e individuos potencialmente responsables.

_[firma]_   6 / 11 / 2023
Firma        Fecha

**CONSENT TO JOIN COLLECTIVE ACTION**
**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

**Jose Alfredo Amaya, et al. v. INFINITE HOMES GROUP 646/500 LLC, et al.**

Name (print): ___Moisés Alemán_____

1. I am over the age of 18 and competent to give my consent in this matter.

2. I consent to pursue my claims for unpaid overtime and other wages arising out of work I performed for Infinite Homes Group 646/500 LLC, Infinite Homes Group 218 LLC, Infinite Homes Group 4108 LLC, Infinite Homes Group 21AC LLC, Infinite Homes Group 8N LLC, Infinite Homes Group 21AA LLC, Infinite Homes Group 21AD LLC, Infinite Homes Group 21AE LLC, Infinite Homes Group 21AHI LLC, Infinite Homes Group 2601 LLC, Infinite Homes Group 3629 LLC, Greilyn Construction LLC, E.S. Homes LLC, Shay Mokai, and/or Eron Heath ("Defendants") since approximately three years prior to the date of this form

3. I understand that this lawsuit is brought under the Fair Labor Standards Act and Maryland state law to recover overtime wages and unlawful deductions, additional damages, and attorneys' fees and costs. I consent and opt in to become a Plaintiff in all available federal and state-law claims in this action. I also agree to be bound by any judgment or settlement of this action.

4. By signing and returning this form, I designate the Public Justice Center to represent me and make decisions on my behalf concerning the litigation and any settlement.

5. I also consent to join any separate or subsequent action to assert my claims against Defendants and/or related entities and individuals potentially liable.

___/s/_____     ___11/14/2023_____
Signature                                                       Date

# CERTIFICATE OF TRANSLATION

I, Emily Woo Kee, am competent to translate from English into Spanish. I hereby certify that the attached document entitled **"CONSENT TO JOIN COLLECTIVE ACTION"** has been truly and accurately translated into Spanish. The Spanish translation of that document is entitled "**CONSENTIMIENTO PARA UNIRSE A LA ACCIÓN COLECTIVA**."

_____        11/14/2023
Emily Woo Kee                                                           Date
Public Justice Center
201 N. Charles Street
Suite 1200
Baltimore, Maryland 21201
410.625.9409 ext. 246