**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOSE ALFREDO AMAYA, et al., | * | |
| Plaintiffs, | * | Civil Action No. 1:24-cv-00031-SAG |
| v. | * | |
| INFINITE HOMES GROUP 646/500 LLC, et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

**JOINT REPORT AND JOINT MOTION TO MODIFY SCHEDULING ORDER**

Pursuant to the Court's Initial Scheduling Order of April 16, 2024, ECF 31, Plaintiffs Jose Alfredo Amaya, Luis Miranda, and Moises Aleman (collectively, "Plaintiffs") and Defendants 646/500 LLC, Infinite Homes Group 218 LLC, Infinite Homes Group 4108 LLC, Infinite Homes Group 21AC LLC, Infinite Homes Group 8N LLC, Infinite Homes Group 21AA LLC, Infinite Homes Group 21AD LLC, Infinite Homes Group 21AE LLC, Infinite Homes Group 21AHI LLC, Infinite Homes Group 2601 LLC, Infinite Homes Group 3629 LLC (collectively, "Infinite Homes"), along with Defendants Shay Mokai, Eron Heath, and E.S. Homes, LLC (collectively, "Defendants") (together with Plaintiffs, "the Parties"), through their respective counsel, submit this Joint Report and Joint Motion to Modify Scheduling Order.[1]  The Parties state as follows:

1. Undersigned counsel for the Parties have conferred concerning the Initial Scheduling Order.

---

[1] Defendants Alfredo Sandoval and Greilyn Construction LLC have failed to appear or otherwise defend and the Clerk has entered default against them. ECF 33.

2. Plaintiffs seek 25 deposition hours, Eron Heath and E.S. Homes, LLC seek 25 deposition hours, and Shay Mokai and Infinite Homes seek 25 deposition hours.

3. There is not unanimous consent to proceed before a United States Magistrate Judge.

4. The Parties have conferred about the discovery of electronically stored information.

5. The Parties are engaged in discussions about the possibility of an early settlement conference to resolve this matter, contingent on a few related matters including issues relating to potential modifications to the Initial Scheduling Order.

6. Accordingly, the Parties request that the Court extend to May 7, 2024, the deadlines for (i) requests for modification of the Court's initial Scheduling Order and (ii) a joint request for an early settlement/ADR conference.

Dated: April 30, 2024                     Respectfully submitted,

      /s/
David Rodwin (Fed. Bar No. 18615)
The Public Justice Center
201 North Charles Street, Suite 1200
Baltimore, MD 21201
Tel: (410) 625-9409
Fax: (410) 625-9423
rodwind@publicjustice.org
*Counsel for Plaintiffs*


/s/ (with permission by D. Rodwin)
Joseph M. Creed (Fed. Bar No. 17134)
Bramnick Creed, LLC
4550 Montgomery Ave., Suite 760N
Bethesda, MD 20814
Tel: (301) 945-7800
jcreed@bramnickcreed.com
*Counsel for Defendants Eron Heath and E.S. Homes, LLC*

/s/ (with permission by D. Rodwin)
Abdullah H. Hijazi (Fed. Bar No. 19797)
Martin D. Zhou (Fed. Bar No. 20897)
Hijazi & Carroll, P.A.
3231 Superior Lane, Suite A-26
Bowie, MD 20715
Tel: (301) 464-4646
Fax: (301) 464-4188
ahijazi@hzc-law.com
mzhou@hzc-law.com
*Counsel for Defendants Shay Mokai and Infinite Homes*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2024, I electronically filed with the Court the foregoing document and caused copies of it to be sent via first-class mail, postage prepaid, to:

Greilyn Construction LLC
c/o Miriam Vasquez, Resident Agent
4909 Orville Ave.
Baltimore, MD 21205

Alfredo Sandoval
4909 Orville Ave.
Baltimore, MD 21205

/s/
David Rodwin