IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSE ALFREDO AMAYA, et al., | * | |
| Plaintiffs, | * | Civil Action No. 1:24-cv-00031-SAG |
| v. | * | |
| INFINITE HOMES GROUP 646/500 LLC, et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

## **ORDER**

After reviewing the Parties' Joint Report and Joint Motion to Modify Scheduling Order, it is this _____ day of _____, 2024, hereby ORDERED that:

1. The deadline for requests for modification of initial Scheduling Order is now May 7, 2024; and

2. The deadline for a joint request for early settlement/ADR conference is now May 7, 2024.

_____
Stephanie A. Gallagher
United States District Judge