# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSE ALFREDO AMAYA, et al., | * | |
| Plaintiffs, | * | Civil Action No. 1:24-cv-00031-SAG |
| v. | * | |
| INFINITE HOMES GROUP 646/500 LLC, et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER

After reviewing the Parties' Joint Motion to Modify Scheduling Order and Request for Settlement Conference, it is this 15th day of May, 2024, hereby ORDERED that:

1. This matter is referred to a United States Magistrate Judge for the scheduling of a settlement conference; and

2. The Court's Initial Scheduling Order, ECF 31, is modified as followed:

| | |
|---|---|
| May 28, 2024 | Plaintiffs' Motion for Conditional Certification of a Collective Action, Defendants' Motion for Judgment on the Pleadings |
| June 18, 2024 | Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings, Defendants' Opposition to Plaintiffs' Motion for Conditional Certification of a Collective Action |
| July 2, 2024 | Defendants' Reply for Motion for Judgment on the Pleadings, Plaintiffs' Reply for Motion for Conditional Certification of a Collective Action |

| | |
|---|---|
| 105 days after Court's resolution of Conditional Certification Motion | Moving for joinder of additional parties and amendment of pleadings |
| 165 days after Court's resolution of Conditional Certification Motion | Discovery Deadline; submission of status report |
| 180 days after Court's resolution of Conditional Certification Motion | Requests for admission |
| 225 days after Court's resolution of Conditional Certification Motion | Dispositive pretrial motions |
| 21 days after the Court rules on any dispositive motions | Plaintiffs' Rule 26(a)(2) disclosures |
| 21 days after Plaintiffs' 26(a)(2) disclosures | Defendants' Rule 26(a)(2) disclosures |
| 15 days after Defendants' Rule 26(a)(2) disclosures | Plaintiff's rebuttal Rule 26(a)(2) disclosures |
| 15 days after Plaintiffs' rebuttal Rule 26(a)(2) disclosures | Rule 26(a)(2) supplementation of disclosures and responses |

_____/s/_____
Stephanie A. Gallagher
United States District Judge