IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSE ALFREDO AMAYA, et al., | * | |
| Plaintiffs, | * | Civil Action No. 1:24-cv-00031-SAG |
| v. | * | |
| INFINITE HOMES GROUP 646/500 LLC, et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

## PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA

Plaintiffs, through their undersigned counsel, respectfully move the Court in this Fair Labor Standards Act ("FLSA") case to certify their FLSA claim as a collective action pursuant to 29 U.S.C. § 216(b), toll the statute of limitations for all members of the collective from May 28, 2024, and facilitate the issuance of notice to all potential members of the collective. In support of this motion, Plaintiffs submit the accompanying memorandum of law and exhibits.

Dated: May 28, 2024

Respectfully submitted,

/s/
David Rodwin (Fed. Bar No. 18615)
The Public Justice Center
201 North Charles Street, Suite 1200
Baltimore, MD 21201
Tel: (410) 625-9409
Fax: (410) 625-9423
rodwind@publicjustice.org

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of May, 2024, I have electronically filed with the Court the foregoing and attached documents and caused copies of them to be sent via first-class mail, postage prepaid, to:

Greilyn Construction LLC
c/o Miriam Vasquez, Resident Agent
4909 Orville Ave.
Baltimore, MD 21205

Alfredo Sandoval
4909 Orville Ave.
Baltimore, MD 21205.

                                                /s/
                                    David Rodwin