**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JOSE ALFREDO AMAYA, et al., | * | |
| Plaintiffs, | * | Civil Action No. 1:24-cv-00031-SAG |
| v. | * | |
| INFINITE HOMES GROUP 646/500 LLC, et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

## **ORDER**

After reviewing Plaintiffs' Motion for Conditional Certification and Court-Facilitated Notice (ECF ____), Defendants' Opposition, and the Reply thereto, it is this _____ day of _____, 20___ hereby ORDERED that:

1. A collective of people meeting the following definition is conditionally certified under 29 U.S.C. § 216(b): all individuals engaged by any of the Defendants to perform demolition or construction work at any of the 19 Infinite Homes properties named in Plaintiffs' Motion from May 28, 2021 through the date of the close of the opt-in period;

2. The statute of limitations for all members of this collective is tolled from May 28, 2024;

3. The Notice of Collective Action Lawsuit attached to Plaintiffs' Motion as Exhibit 1 is hereby APPROVED to be issued to the above-identified collective of potential plaintiffs, and Plaintiffs may translate the Notice into Spanish;

4. The English and Spanish language versions of the Opt-In Consent Form attached to Plaintiffs' Motion as Exhibit 2 are hereby APPROVED to be issued to the above-

identified collective of potential plaintiffs;

5. Within 14 days of the docketing of this Order, Defendants shall provide Plaintiffs' counsel an electronic spreadsheet of the names, last known mailing addresses, last known telephone numbers, last known email addresses, and dates of employment for all members of the collective;

6. Plaintiffs may distribute the Notice and Opt-In Consent Form to all potential plaintiffs via mail, email, and text message;

7. Plaintiffs may create a website that will host the Notice and offer a place to download the Opt-In Consent Form, and Plaintiffs may post a targeted advertisement on Facebook in the manner described in their Motion;

8. Plaintiffs may issue an identical reminder notice at the approximate mid-point of the notice period to all potential plaintiffs who have not responded to the first Notice; and

9. The opt-in period shall extend for 90 days from the date of Defendants' production of the information set out in paragraph 5 of this Order, and Plaintiffs' counsel may file Opt-In Consent Forms with the Court no later than one week after the end of the 90-day notice period.

_____
Stephanie A. Gallagher
United States District Judge