# Exhibit 1: Notice

# NOTICE OF COLLECTIVE ACTION

*This is a Court-authorized Notice. This is not an advertisement from a lawyer.*

**TO:** **Anyone who was hired by the employers listed below from May 28, 2021 to the present to perform construction work at any of the following addresses:**

| | |
|---|---|
| 500 Druid Hill Avenue | 506 East Lynne Avenue |
| 502 Druid Hill Avenue | 1808 McCulloh Street |
| 1604 McHenry Street | 8 North Abington Avenue |
| 1606 McHenry Street | 2907 Erdman Avenue |
| 1622 McHenry Street | 7307 Linden Avenue |
| 218 East 22nd Street | 2839 Lake Avenue |
| 845 North Luzerne Avenue | 2825 Clifton Avenue |
| 4027 Hilton Road | 14 East Madison Street |
| 1719 Montpelier Street | 2648 Polk Street |
| 1626 East Federal Street | |

**Anyone who was hired to perform construction work at the addresses listed above if you were hired or contracted to do that work by any of the following individuals or companies (the "employers"):**

| | |
|---|---|
| Shay Mokai | Infinite Homes Group 646/500 LLC |
| Alfredo Sandoval | Infinite Homes Group 218 LLC |
| Eron Heath | Infinite Homes Group 4108 LLC |
| Greilyn Construction LLC | Infinite Homes Group 21AC LLC |
| E.S. Homes, LLC | Infinite Homes Group 8N LLC |
| | Infinite Homes Group 21AA LLC |
| | Infinite Homes Group 21AD LLC |
| | Infinite Homes Group 21AE LLC |
| | Infinite Homes Group 21AHI LLC |
| | Infinite Homes Group 2601 LLC |
| | Infinite Homes Group 3629 LLC |

### I. INTRODUCTION

You have received this Notice because records indicate that you work or worked for one of the employers identified above between May 28, 2021 and the present. A group of workers has filed a lawsuit against these employers claiming the employers misclassified them as independent contractors and failed to pay them fully for regular time and overtime under the Fair Labor Standards Act ("FLSA"). **You may be eligible to participate in this lawsuit.**

Please read this Notice carefully. If you wish to file a claim in this case, you must "opt in" by filling out and returning the attached "Consent to Join" form by _____**.**

## II. DESCRIPTION OF THE LAWSUIT

On January 5, 2024, Jose Alfredo Amaya, Luis Miranda, and Moises Aleman ("Plaintiffs") filed this lawsuit against the employers named on page 1. The name and case number of the suit is *Amaya, et al. v. Infinite Homes Group 646/500 LLC, et al.*, No. 1:24-cv-00031-SAG. The lawsuit is pending in the U.S. District Court for the District of Maryland.

Plaintiffs allege that their employers failed to pay them for all hours they worked and failed to pay them proper overtime compensation for hours worked over 40 per week. As compensation, they demand damages in the form of unpaid minimum and overtime wages, liquidated damages, interest, attorneys' fees, and court costs. The employers deny the allegations.

The Court has not yet made any ruling on Plaintiffs' claims or decided which party will win in the lawsuit.

## III. WHO CAN JOIN THE LAWSUIT

You may join in this lawsuit if you performed construction work for any of the employers identified on page 1 at any of the properties identified on page 1, and you were not fully paid for all the time you worked, or you were not paid one-and-a-half times your hourly wage for all hours over 40 in a work week. This case is limited to those employees who worked at any time from May 28, 2021, to the present.

## IV. NO RETALIATION PERMITTED

Federal and state law prohibits anyone from firing, disciplining, or in any manner retaliating against you for joining this lawsuit. If you believe that you have been penalized, discriminated against, or retaliated against in any way as a result of your receiving this Notice, considering whether to join this lawsuit, or actually joining this lawsuit, please contact Plaintiffs' Counsel or other lawyers of your choosing right away.

## V. HOW TO PARTICIPATE

**If you wish to join the lawsuit and have Plaintiffs' Counsel represent you, it is important that you read, sign, and promptly return the enclosed "Consent to Join" form by _____.**

A self-addressed and postage-paid envelope is enclosed for your convenience. Should the enclosed envelope be lost or misplaced, the Consent to Join form must be sent to:

Infinite Homes Lawsuit
Public Justice Center
201 North Charles Street, Suite 1200
Baltimore, MD 21201
gellatlya@publicjustice.org

Fax: (410) 625-9423

The signed Consent to Join form must be emailed, faxed, or postmarked by _____ _____. You may also download a Consent to Join form online by visiting **[Website]**.

**If your signed Consent to Join form is not emailed, faxed, or postmarked by _____ _____, the Public Justice Center will not represent you in this lawsuit.**

Alternatively, you may join the suit with lawyers you have chosen on your own.

## VI.   EFFECT OF RETURNING THE CONSENT TO JOIN FORM

If you join this lawsuit by completing the Consent to Join form, you will have to accept the outcome, even if it is against the employees. While the lawsuit is pending, you may be asked to provide documents or answer questions, orally or in writing, including potentially at a deposition or trial, with the help of the lawyers. **You will not be asked to pay any legal costs or fees. If the Plaintiffs win, Defendants will pay the Plaintiffs' legal fees, or the fees will be paid out of any recovery.**

By joining this lawsuit, you agree that the original Plaintiffs can make decisions about the Lawsuit for you. These decisions and agreements made by the Plaintiffs—Jose Alfredo Amaya, Luis Miranda, and Moises Aleman—will be binding on you too, if you join.

**Your immigration status is not relevant in this lawsuit and joining this lawsuit will not affect your immigration status.**

## VII.   EFFECT OF NOT SUBMITTING A CONSENT TO JOIN FORM

If you choose to not join this lawsuit, you do not need to do anything. If you do not join, you will not be affected by the outcome of the lawsuit. However, if you think you have a claim, you should ask an attorney and know that, under federal law, your claim may expire after 2 years from the date of the violation.

## VIII.   QUESTIONS REGARDING THIS NOTICE

If you have any questions about this Notice, the "Consent to Join" form, or the lawsuit generally, you may write, call, or e-mail Plaintiffs' Counsel:

Amy Gellatly
Public Justice Center
201 North Charles Street, Suite 1200
Baltimore, MD 21201
Tel: (410) 400-6943
gellatlya@publicjustice.org                    DATED: _____, 2024