# Exhibit 3: Amaya Declaration

DocuSign Envelope ID: 46FCD2D5-980B-480C-A052-A6450E9B8211

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSE ALFREDO AMAYA, et al., | * | |
| Plaintiffs, | * | Civil Action No. 1:24-cv-00031-SAG |
| v. | * | |
| INFINITE HOMES GROUP 646/500 LLC, et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

### **DECLARATION OF JOSE ALFREDO AMAYA**

I, Jose Alfredo Amaya, am over 18 years of age and am competent to testify. I declare as follows:

1. I began working on Shay Mokai's Baltimore properties in around December 2021. I worked on properties at many of the addresses in paragraph 31 of the amended complaint in this case.

2. I did electrical work when there was electrical work to do. But sometimes Alfredo Sandoval and Eron Heath—the subcontractors Mokai worked with to help with the work on the properties—told me to do other work, like demolition, installing floors, installing cabinets, or painting.

3. Sandoval, whose company was Greilyn Construction LLC, told me he received his orders from Shay Mokai, who owned the properties and told Sandoval what work I and other workers should do on them. I also saw and heard Mokai giving Sandoval instructions to pass along to me and the other workers.

4. Regardless of whether Sandoval and his company or Heath and his company (which was E.S. Homes, LLC) were working on the properties, the situation was the same. Mokai told

DocuSign Envelope ID: 46FCD2D5-980B-480C-A052-A6450E9B8211

Sandoval and Heath what properties I should work on each day, and they would call me or send me a voice memo to tell me where to go.

5. I often saw Mokai at the properties. Sometimes he assigned us work directly. Sometimes he told us to re-do work we had already done because he wanted us to do it differently. He was definitely in charge of us.

6. I don't speak much English and I don't think Mokai speaks Spanish, so when we communicated it was generally with the help of other people interpreting. Or he would gesture to show how he wanted something done.

7. Mokai was often accompanied by a man who Sandoval told me was Mokai's brother. That man often told at us that we needed to work faster. I never saw him do any construction work himself. He seemed to share power over us with Mokai.

8. I worked for about the first two months mostly on my own, mostly without coworkers.

9. Then, around January 2022, I was joined by a group of other workers. They did work like plumbing, installing air conditioners, carpentry, and roofing on the same properties I was working on, owned by Mokai.

10. Generally during that time, every morning, Sandoval would check who had shown up to work and he would call Mokai on the phone to report our names. He would do the same at the end of the shift, which I believe was to report how many hours we worked.

11. In March 2022, Mokai held a meeting with me and the other workers to talk about schedules. He said it was important that we were ready to start working at 7:45 a.m., that we needed to stay until at least 5:30 p.m. every day, and that we couldn't take more than 30 minutes for lunch.

2

12. Sandoval promised me that I would be paid $200 for each day I worked. He told me that he paid me out of the money he got from Mokai for my wages.

13. Other workers who I talked with told me they were also promised $200 for each day that they worked on these properties. Like me, this was their pay regardless of how many hours they worked per day.

14. I never received overtime pay even though I worked more than 40 hours in a week on many occasions.

15. Around May 2022, Mokai fired Sandoval from this project and hired Heath and his company instead.

16. I kept working on the Mokai properties under Mokai and Heath until September 2022.

17. My work under Heath was the same as under Sandoval. The orders still came from Mokai.

18. There is a check for $1,000 attached to this declaration from Heath's company to me. It's for five days of work at $200 per day. Like all the payments I got for my work on Mokai's properties, whether they were from Heath, Sandoval, their companies, or someone else from their companies, there are no employment taxes taken out of it.

19. From conversations with my coworkers, I know that all the workers were paid this way—our employers didn't take taxes out of anyone's pay.

20. I never got any kind of written notice from any of my employers saying that I was an independent contractor or explaining what the implications of that were. I never saw any of my coworkers get any written notice like that, either.

21. The other workers who worked on these properties with me worked similar hours as me. I know this because when I was working at the same properties with them, I saw when they

arrived and when they left. They weren't paid overtime either, even though they also worked more than 40 hours most weeks—like me, they were paid the same $200 per day no matter how many hours they worked.

22. I left this job in September 2022. I have heard that after I left, two or three people were still doing construction work on the houses for Mokai, similar to the kinds of work I had done.

23. At any one time, there were about five to eight of us construction workers working on Mokai's properties across Baltimore. During the last three years, I estimate that between ten and fifteen other workers did work like me for the same $200 per day with no overtime.

24. I go on Facebook often, and many from my community do, too. I think other Latino construction workers in the Baltimore area would likely notice advertisements posted there.

I declare under penalty of perjury that the foregoing is true and correct.

5/28/2024

Date

Jose Alfredo Amaya

4

# Attachment



## CERTIFICATE OF TRANSLATION

      I, Lee Woo Kee, herby certify that I am fluent in Spanish and English. I translated the foregoing document and read it back to Jose Alfredo Amaya in its entirety in Spanish before he signed it.

_____  Date: \_\_\_5/28/24_____
Lee Woo Kee
Public Justice Center
201 N. Charles St., Suite 1200
Baltimore, MD 21201