IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **JOSE ALFREDO AMAYA,** *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>**INFINITE HOMES GROUP 646/500 LLC,** *et al.*<br><br>*Defendants*. | Case No.: 1:24-cv-00031-SAG |

**DEFENDANTS INFINITE HOMES, SHAY MOKAI, E.S. HOMES, LLC, AND ERON HEATH'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure and Local Rule 7.1(e), Defendants Infinite Homes,[1] Shay Mokai, E.S. Homes, LLC, and Eron Heath each move to dismiss Court I in Plaintiffs' Amended Complaint (ECF 6), which asserts claims under Fair Labor Standards Act ("FLSA").[2] The FLSA does not permit courts to "absorb by adjudication essentially local activities." *10 E. 40th St. Bldg. v. Callus*, 325 U.S. 578, 582-83 (1945). A threshold requirement to assert an FLSA claim is that either the plaintiff's job duties must directly affect interstate commerce ("individual coverage") or that the defendant's business operations must be involved in interstate commerce ("enterprise coverage"). *See Ergashov v. Glob. Dynamic Transp., LLC*, 680 F. App'x 161, 162 (4th Cir. 2017).

---

[1] The Infinite Homes Limited Liability Companies named as defendants are following eleven entities: **1)** Infinite Homes Group 646/500 LLC, **2)** Infinite Homes Group 218 LLC, **3)** Infinite Homes Group 4108 LLC, **4)** Infinite Homes Group 21AC LLC, **5)** Infinite Homes Group 8N LLC, **6)** Infinite Homes Group 21AA LLC, **7)** Infinite Homes Group 21AD LLC, **8)** Infinite Homes Group 21AE LLC, **9)** Infinite Homes Group 21AHI LL, **10)** Infinite Homes Group 2601 LLC, and **11)** Infinite Homes Group 3629 LLC.

[2] Defendants Alfredo Sandoval and Greilyn Construction LLC have failed to appear or otherwise defend and the Clerk has entered default against them. ECF 33. The remaining active defendants in this case no position on Plaintiffs' claims against Defendants Greilyn Construction LLC and Alfredo Sandoval.

However, a review of the Amended Complaint shows that Plaintiffs' work activities and Defendants' business operations do not extend beyond the borders of our Old-Line State. Plaintiffs' failure to plead the required connection to interstate commerce to show individual or enterprise coverage is fatal to their FLSA claim, and therefore, Plaintiffs' FLSA claim must be dismissed. Should the Court dismiss the Plaintiffs' FLSA claim, the Court also should decline to exercise supplemental jurisdiction over the Plaintiffs' remaining state law claims.

The grounds for this Motion are set forth with particularity in the attached Memorandum. A proposed Order is also attached.

Dated: May 28, 2024

Respectfully submitted,

/s/ Abdullah H. Hijazi
Abdullah H. Hijazi (Bar No. 19797)
Martin D. Zhou (Bar No. 20897)
HIJAZI & CARROLL, P.A.
3231 Superior Lane, Suite A-26
Bowie, Maryland 20715
(T): (301) 464-4646
(F): (301) 464-4188
ahijazi@hzc-law.com
mzhou@hzc-law.com
*Counsel for Infinite Homes Defendants*

/s/ Joseph M. Creed
Joseph M. Creed (Bar No. 17134)
Bramnick Creed, LLC
4550 Montgomery Ave., Suite 760N
Bethesda, MD 20814
(301) 945-7800
jcreed@bramnickcreed.com
*Counsel for Defendants*
*E.S. Homes, LLC and Eron Heath*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was e-filed and e-served over CM/ECF on May 28, 2024 to all counsel of record and mailed postage prepaid to:

Greilyn Construction LLC
4909 Orville Ave.
Baltimore, MD 21205

Alfredo Sandoval
4909 Orville Ave.
Baltimore, MD 21205

                                                      /s/ Abdullah H. Hijazi
                                                      Abdullah H. Hijazi