**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| JOSE ALFREDO AMAYA, et al., | * | |
| Plaintiffs, | * | Civil Action No. 1:24-cv-00031-SAG |
| v. | * | |
| INFINITE HOMES GROUP 646/500 LLC, et al., | * | |
| | * | |
| Defendants. | | |
| | * | |

**JOINT MOTION TO APPROVE SETTLEMENT**

Plaintiffs Jose Alfredo Amaya, Luis Miranda, and Moises Aleman (collectively, "Plaintiffs") and Defendants Infinite Homes Group 646/500 LLC, Infinite Homes Group 218 LLC, Infinite Homes Group 4108 LLC, Infinite Homes Group 21AC LLC, Infinite Homes Group 8N LLC, Infinite Homes Group 21AA LLC, Infinite Homes Group 21AD LLC, Infinite Homes Group 21AE LLC, Infinite Homes Group 21AHI LLC, Infinite Homes Group 2601 LLC, Infinite Homes Group 3629 LLC (collectively, "Infinite Homes"), along with Defendants Shay Mokai, Eron Heath, and E.S. Homes, LLC (together with Infinite Homes, "Settling Defendants") (together with Plaintiffs, "Settling Parties"), hereby move for the Court's approval of the Settling Parties' settlement agreement in this case brought under the Fair Labor Standards Act and Maryland state law.[1]  In support of this Motion, Settling Parties submit the accompanying memorandum of law and exhibits.

---

[1] Defendants Alfredo Sandoval and Greilyn Construction LLC have failed to appear or otherwise defend and the Clerk has entered default against them. ECF 33.

Dated: July 22, 2024          Respectfully submitted,

            /s/
Amy Gellatly (Fed. Bar No. 31177)
David Rodwin (Fed. Bar No. 18615)
The Public Justice Center
201 North Charles Street, Suite 1200
Baltimore, MD 21201
Tel: (410) 625-9409
Fax: (410) 625-9423
gellatlya@publicjustice.org
rodwind@publicjustice.org
*Counsel for Plaintiffs*


/s/ (w/ permission by D. Rodwin)
Joseph M. Creed (Fed. Bar No. 17134)
Bramnick Creed, LLC
4550 Montgomery Ave., Suite 760N
Bethesda, MD 20814
Tel: (301) 945-7800
jcreed@bramnickcreed.com
*Counsel for Defendants Eron Heath and E.S. Homes, LLC*


/s/ (w/ permission by D. Rodwin)
Abdullah H. Hijazi (Fed. Bar No. 19797)
Douglas Jackson-Quzack (Fed. Bar No. 20223)
Hijazi & Carroll, P.A.
3231 Superior Lane, Suite A-26
Bowie, MD 20715
Tel: (301) 464-4646
Fax: (301) 464-4188
ahijazi@hzc-law.com
dquzack@hzc-law.com
*Counsel for Defendants Shay Mokai and Infinite Homes*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of July, 2024, I electronically filed with the court the foregoing and attached documents and caused copies to be sent via first-class mail, postage prepaid, to:

Greilyn Construction LLC
c/o Miriam Vasquez, Resident Agent
4909 Orville Ave.
Baltimore, MD 21205

Alfredo Sandoval
4909 Orville Ave.
Baltimore, MD 21205

                                                  /s/
                                       Amy Gellatly