IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSE ALFREDO AMAYA, et al., | * | |
| Plaintiffs, | * | Civil Action No. 24-0031-SAG |
| v. | * | |
| INFINITE HOMES GROUP 646/500 LLC, et al., | * | |
| Defendants. | * | |

## ORDER

After reviewing the Joint Motion to Approve Settlement (ECF No. _54_) filed by Plaintiffs Jose Alfredo Amaya, Luis Miranda, and Moises Aleman (collectively, "Plaintiffs") and Defendants Infinite Homes Group 646/500 LLC, Infinite Homes Group 218 LLC, Infinite Homes Group 4108 LLC, Infinite Homes Group 21AC LLC, Infinite Homes Group 8N LLC, Infinite Homes Group 21AA LLC, Infinite Homes Group 21AD LLC, Infinite Homes Group 21AE LLC, Infinite Homes Group 21AHI LLC, Infinite Homes Group 2601 LLC, Infinite Homes Group 3629 LLC, Shay Mokai, Eron Heath, and E.S. Homes, LLC (collectively, "Settling Defendants") (together with Plaintiffs, "the Parties"), it is my determination that the Parties' settlement agreement ("the Agreement") was the product of arm's-length bargaining, the Parties were adequately represented, and the Agreement represents a fair and just resolution of Plaintiffs' claims against the Settling Defendants.  Accordingly, it is this _22nd_ day of _____July_____, 2024, hereby ORDERED that:

1. The Motion (ECF No. _54_) is GRANTED and the Court approves the terms of the Agreement;

2. Plaintiffs may file a motion for attorneys' fees and costs pursuant to Section 2.6 of the Agreement, which shall be submitted to United States Magistrate Judge Mark Coulson for a final and binding determination;

3. The Court shall retain continuing jurisdiction to enforce the Agreement's terms and resolve any disputes arising out of the Agreement until all payments are made under Section 2 of the Agreement; and

4. Following full payment of all amounts due under the Agreement, including any attorneys' fees and costs pursuant to Section 2.6 of the Agreement, the Parties shall notify the Court and shall file a joint motion seeking dismissal with prejudice of Plaintiffs' claims against the Settling Defendants in the above-captioned lawsuit.

_____/s/_____
Stephanie A. Gallagher
United States District Judge

2