IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jose Alfredo Amaya, et al.           *
         Plaintiffs

                                          *

         vs.                                Civil Action No.   SAG-24-31

                                          *

Infinite Homes Group 646/500 LLC, et al.
         Defendants          *

******

**ORDER**

On June 13, 2024, the Court issued an Order granting the Parties' Joint Motion to Stay Proceedings, ECF 50.  The Court having granted the parties' Joint Motion to Approve Settlement, ECF 55, it is this 24th day of July, 2024, ORDERED that

1.  the Stay of this case is LIFTED;

2.  Plaintiffs' Motion for Conditional Certification ECF 46, is denied as MOOT; and

3.  Defendants Infinite Homes, Shay Mokai, E.S. Homes, LLC, and Eron Heath's Motion for Partial Judgment on the Pleadings, ECF 47 is denied as MOOT.

                                    /s/

                                    Stephanie A. Gallagher
                                    United States District Judge