# EXHIBIT 1

| Date | Caseworker | Hourly Rate | Time Spent | Value of Service | Activity Type | Activity Code | Activity Details |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| **REPLY: DAVID RODWIN** | | | | | | | |
| 9/12/2024 | David Rodwin | $325.00 | 0.3 | $97.50 | Fee Petition | Analyze | analyze Defs.' opposition to fee motion and note counterarguments |
| 9/16/2024 | David Rodwin | $325.00 | 0.2 | $65.00 | Fee Petition | Draft Email | draft email to A. Gellatly w/ arguments re compensability of costs |
| 9/16/2024 | David Rodwin | $325.00 | 0.3 | $97.50 | Fee Petition | Meeting | Discuss strategy re arguments and structure for reply brief w. A. Gellatly |
| 9/25/2024 | David Rodwin | $325.00 | 1.4 | $455.00 | Fee Petition | Edit Reply Memo | edit reply in support of fees, including adding case law |
| | **Gross Time & Fees** | | 2.2 | $715.00 | | | |
| | **Time Completely Waived** | | 0 | $0.00 | | | |
| | **Mtgs Before Waiving Half** | | 0.3 | $97.50 | | | |
| | **Time & Fees After Waiving** | | 2.05 | $666.25 | | | |

| Date | Caseworker | Hourly Rate | Time Spent | Value of Service | Activity Type | Activity Code | Activity Details |
|---|---|---|---|---|---|---|---|
| **REPLY: AMY GELLATLY** | | | | | | | |
| 9/13/2024 | Amy Gellatly | $245.00 | 1 | $245.00 | Fee Petition | Draft | Draft reply to Defs' opposition to Pls' motion for fees |
| 9/13/2024 | Amy Gellatly | $245.00 | 0.3 | $73.50 | Fee Petition | Review Opponent's Filing | Review Defs' Opposition to Pls' Motion for Fees |
| 9/16/2024 | Amy Gellatly | $245.00 | 0.3 | $73.50 | Fee Petition | Meeting | Discuss structure of reply brief w. D. Rodwin |
| 9/17/2024 | Amy Gellatly | $245.00 | 1.5 | $367.50 | Fee Petition | Draft | Draft reply brief to Defs' opposition re: fee petition |
| 9/19/2024 | Amy Gellatly | $245.00 | 2 | $490.00 | Fee Petition | Research | Legal research to support reply brief |
| 9/19/2024 | Amy Gellatly | $245.00 | 1.2 | $294.00 | Fee Petition | Draft | Draft reply brief |
| 9/23/2024 | Amy Gellatly | $245.00 | 1.5 | $367.50 | Fee Petition | Review & Revise | Review & revise reply brief |
| 9/24/2024 | Amy Gellatly | $245.00 | 2.1 | $514.50 | Fee Petition | Review & Revise | review & revise reply |
| 9/25/2024 | Amy Gellatly | $245.00 | 0.8 | $196.00 | Fee Petition | Review & Revise | Review D. Rodwin's edits to reply brief, revise |
| | **Gross Time & Fees** | | 10.7 | $2,621.50 | | | |
| | **Time Completely Waived** | | 0 | $0.00 | | | |
| | **Mtgs Before Waiving Half** | | 0.3 | $73.50 | | | |
| | **Time & Fees After Waiving** | | 10.55 | $2,584.75 | | | |