# EXHIBIT 2



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek                                             Invoice #:
201 North Charles St., #1200                            181885
Baltimore, MD 21201
410-625-9409                                            Date:
RodwinD@publicjustice.org                               02/21/2024

### INVOICE FOR SERVICE



Service #310894: Eron Heath                    Your File# Diana Jarek
2 Juliet Ln., #102,
Nottingham, MD 21236
Court Case #: 1:24-cv-00031-ADC
Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | |
|---|---:|
| Additional Document Service at Same Address | $37.50 |
| **TOTAL CHARGES:** | **$37.50** |
| Payment: 03/06/2024          Check#: 3177 | -$37.50 |
| **BALANCE:** | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek
201 North Charles St., #1200
Baltimore, MD 21201
410-625-9409
RodwinD@publicjustice.org

Invoice #:
181842

Date:
02/20/2024

## INVOICE FOR SERVICE



Service #311643: E.S. Homes, LLC,                    Your File# Diana Jarek
by serving Maryland Department of
Assessments and Taxation
301 West Preston St., 8th Fl.,
Baltimore, MD 21201
Court Case #: 1:24-cv-00031-ADC
Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | | |
|---|---|---|
| Certified Mailings (Alternative Service) | | $75.00 |
| Advanced Fees | Fees advanced to MDAT | $50.00 |
| **TOTAL CHARGES:** | | **$125.00** |
| Payment: 03/06/2024 | Check#: 3177 | -$125.00 |
| **BALANCE:** | | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022


Public Justice Center, Inc.
Diana Jarek                                                        Invoice #:
201 North Charles St., #1200                                        179959
Baltimore, MD 21201
410-625-9409                                                       Date:
RodwinD@publicjustice.org                                          01/22/2024

### INVOICE FOR SERVICE



Service #309771: Greilyn                          Your File# Diana Jarek
Construction, LLC
4909 Orville Ave.,
Baltimore, MD 21205
Court Case #: 1:24-cv-00031-ADC

Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | |
|---|---|
| Process Serving Fee (within 695 Beltway) | $85.00 |
| Printing Fees | $2.50 |
| **TOTAL CHARGES:** | **$87.50** |
| Payment: 03/06/2024          Check#: 3177 | -$87.50 |
| **BALANCE:** | **$0.00** |



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek                                                    Invoice #:
201 North Charles St., #1200                                   179897
Baltimore, MD 21201
410-625-9409                                                   Date:
RodwinD@publicjustice.org                                      01/18/2024

## <u>INVOICE FOR SERVICE</u>



Service #309768: Infinite Homes                     Your File# Diana Jarek
Group 21AHI, LLC, by serving Rocket
Corporate Services, Inc.
245 West Chase St.,
Baltimore, MD 21201
Court Case #: 1:24-cv-00031-ADC

Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | | |
|---|---|---|
| Additional Document Service at Same Address | Agreed upon Fee | $32.50 |
| Printing Fees | | $2.50 |
| **TOTAL CHARGES:** | | **$35.00** |
| Payment: 03/06/2024 | Check#: 3177 | -$35.00 |
| **BALANCE:** | | **$0.00** |



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek
201 North Charles St., #1200
Baltimore, MD 21201
410-625-9409
RodwinD@publicjustice.org

Invoice #:
179910

Date:
01/18/2024

### INVOICE FOR SERVICE



Service #309772: E.S. Homes, LLC                     Your File# Diana Jarek
7851 Birmingham Ave.,
Parkville, MD 21234
Court Case #: 1:24-cv-00031-ADC
Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | |
|---|---:|
| Process Serving Fee (within 695 Beltway) | $85.00 |
| Printing Fees | $2.50 |
| **TOTAL CHARGES:** | **$87.50** |
| Payment: 03/06/2024          Check#: 3177 | -$87.50 |
| **BALANCE:** | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek                                           Invoice #:
201 North Charles St., #1200                          179899
Baltimore, MD 21201
410-625-9409                                          Date:
RodwinD@publicjustice.org                             01/18/2024

### INVOICE FOR SERVICE



Service #309770: Infinite Homes              Your File# Diana Jarek
Group 3629, LLC, by serving Rocket
Corporate Services, Inc.
245 West Chase St.,
Baltimore, MD 21201
Court Case #: 1:24-cv-00031-ADC
Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | | |
|---|---|---|
| Additional Document Service at Same Address | Agreed upon Fee | $32.50 |
| Printing Fees | | $2.50 |
| **TOTAL CHARGES:** | | **$35.00** |
| Payment: 03/06/2024 | Check#: 3177 | -$35.00 |
| **BALANCE:** | | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek                                                    Invoice #:
201 North Charles St., #1200                                   179892
Baltimore, MD 21201
410-625-9409                                                   Date:
RodwinD@publicjustice.org                                      01/18/2024

<u>**INVOICE FOR SERVICE**</u>



Service #309760: Infinite Homes                    Your File# Diana Jarek
Group 21AC, LLC, by serving Rocket
Corporate Services, Inc.
245 West Chase St.,
Baltimore, MD 21201
Court Case #: 1:24-cv-00031-ADC

Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | |
|---|---|
| Process Serving Fee (within 695 Beltway) | $85.00 |
| Printing Fees | $2.50 |
| **TOTAL CHARGES:** | **$87.50** |
| Payment: 03/06/2024          Check#: 3177 | -$87.50 |
| **BALANCE:** | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022


Public Justice Center, Inc.
Diana Jarek                                          Invoice #:
201 North Charles St., #1200                         181884
Baltimore, MD 21201
410-625-9409                                         Date:
RodwinD@publicjustice.org                            02/21/2024

## INVOICE FOR SERVICE



Service #310893: E.S. Homes, LLC                     Your File# Diana Jarek
2 Juliet Ln., #102,
Nottingham, MD 21236
Court Case #: 1:24-cv-00031-ADC
Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

Process Serving Fee. within 1-5 mi                                    $95.00
(Address is outside 695 Beltway but
within 1 - 5 miles)

**TOTAL CHARGES:**                                                 **$95.00**
Payment: 03/06/2024              Check#: 3177                        -$95.00

**BALANCE:**                                                       **$0.00**



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek                                                     Invoice #:
201 North Charles St., #1200                                   179886
Baltimore, MD 21201
410-625-9409                                                   Date:
RodwinD@publicjustice.org                                      01/18/2024

### INVOICE FOR SERVICE

Service #309763: Infinite Homes                     Your File# Diana Jarek
Group 4108, LLC
400 Redland Ct., #212,
Owings Mills, MD 21117
Court Case #: 1:24-cv-00031-ADC

Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | |
|---|---:|
| Additional Document Service at Same Address | $37.50 |
| Printing Fees | $2.50 |
| **TOTAL CHARGES:** | **$40.00** |
| Payment: 03/06/2024          Check#: 3177 | -$40.00 |
| **BALANCE:** | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek                                          Invoice #:
201 North Charles St., #1200                         179980
Baltimore, MD 21201
410-625-9409                                         Date:
RodwinD@publicjustice.org                            01/22/2024

### INVOICE FOR SERVICE



Service #309762: Infinite Homes                      Your File# Diana Jarek
Group 218, LLC, by serving Corporate
Creations Network, Inc.
2 Wisconsin Circle, #700,
Chevy Chase, MD 20815
Court Case #: 1:24-cv-00031-ADC
Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | |
|---|---|
| Process Serving Fee (within 495 Beltway) | $75.00 |
| Printing Fees | $2.50 |
| **TOTAL CHARGES:** | **$77.50** |
| Payment: 03/06/2024            Check#: 3177 | -$77.50 |
| **BALANCE:** | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek                                                        Invoice #:
201 North Charles St., #1200                                       179898
Baltimore, MD 21201
410-625-9409                                                       Date:
RodwinD@publicjustice.org                                          01/18/2024

## INVOICE FOR SERVICE



Service #309769: Infinite Homes                    Your File# Diana Jarek
Group 2601, LLC, by serving Rocket
Corporate Services, Inc.
245 West Chase St.,
Baltimore, MD 21201
Court Case #: 1:24-cv-00031-ADC
Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | | |
|---|---|---|
| Additional Document Service at Same Address | Agreed upon Fee | $32.50 |
| Printing Fees | | $2.50 |
| **TOTAL CHARGES:** | | **$35.00** |
| Payment: 03/06/2024 | Check#: 3177 | -$35.00 |
| **BALANCE:** | | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek                                             Invoice #:
201 North Charles St., #1200                            179895
Baltimore, MD 21201
410-625-9409                                            Date:
RodwinD@publicjustice.org                               01/18/2024

<u>**INVOICE FOR SERVICE**</u>



Service #309766: Infinite Homes                 Your File# Diana Jarek
Group 21AD, LLC, by serving Rocket
Corporate Services, Inc.
245 West Chase St.,
Baltimore, MD 21201
Court Case #: 1:24-cv-00031-ADC
Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | | |
|---|---|---|
| Additional Document Service at Same Address | Agreed upon Fee | $32.50 |
| Printing Fees | | $2.50 |
| **TOTAL CHARGES:** | | **$35.00** |
| Payment: 03/06/2024 | Check#: 3177 | -$35.00 |
| **BALANCE:** | | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek                                         Invoice #:
201 North Charles St., #1200                        179885
Baltimore, MD 21201
410-625-9409                                         Date:
RodwinD@publicjustice.org                            01/18/2024

### <u>INVOICE FOR SERVICE</u>



Service #309761: Infinite Homes                  Your File# Diana Jarek
Group 646/500, LLC
400 Redland Ct., #212,
Owings Mills, MD 21117
Court Case #: 1:24-cv-00031-ADC

Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

Process Serving Fee. within 6-10 mi                            $105.00
(Address is outside 695 Beltway but
within 6-10 miles)

Printing Fees                                                    $2.50

**TOTAL CHARGES:**                                            **$107.50**
Payment: 03/06/2024              Check#: 3177                  -$107.50

**BALANCE:**                                                  **$0.00**

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek                                          Invoice #:
201 North Charles St., #1200                         179955
Baltimore, MD 21201
410-625-9409                                         Date:
RodwinD@publicjustice.org                            01/22/2024

## <u>INVOICE FOR SERVICE</u>



Service #309774: Alfredo Sandoval                    Your File# Diana Jarek
4909 Orville Ave.,
Baltimore, MD 21205
Court Case #: 1:24-cv-00031-ADC

Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | |
|---|---|
| Additional Document Service at Same Address | $37.50 |
| Printing Fees | $2.50 |
| **TOTAL CHARGES:** | **$40.00** |
| Payment: 03/06/2024          Check#: 3177 | -$40.00 |
| **BALANCE:** | **$0.00** |



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022


Public Justice Center, Inc.
Diana Jarek                                                Invoice #:
201 North Charles St., #1200                               181637
Baltimore, MD 21201
410-625-9409                                               Date:
RodwinD@publicjustice.org                                  02/19/2024

### INVOICE FOR SERVICE



Service #309775: Shay Mokai                    Your File# Diana Jarek
1849 E. 13th St.,
Brooklyn, NY 11229
Court Case #: 1:24-cv-00031-ADC
Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | |
|---|---|
| Process Serving Fee (Outside Local Area) | $175.00 |
| Printing Fees | $12.50 |
| **TOTAL CHARGES:** | **$187.50** |
| Payment: 03/06/2024       Check#: 3177 | -$187.50 |
| **BALANCE:** | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek
201 North Charles St., #1200
Baltimore, MD 21201
410-625-9409
RodwinD@publicjustice.org

Invoice #:
179893

Date:
01/18/2024

## INVOICE FOR SERVICE



Service #309764: Infinite Homes                        Your File# Diana Jarek
Group 8N, LLC, by serving Rocket
Corporate Services, Inc.
245 West Chase St.,
Baltimore, MD 21201
Court Case #: 1:24-cv-00031-ADC

Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | | |
|---|---|---|
| Additional Document Service at Same Address | Agreed Upon Fee | $0.00 |
| Printing Fees | | $2.50 |
| **TOTAL CHARGES:** | | **$2.50** |
| Payment: 03/06/2024 | Check#: 3177 | -$2.50 |
| **BALANCE:** | | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek                                              Invoice #:
201 North Charles St., #1200                             179896
Baltimore, MD 21201
410-625-9409                                             Date:
RodwinD@publicjustice.org                                01/18/2024

## INVOICE FOR SERVICE



Service #309767: Infinite Homes                Your File# Diana Jarek
Group 21AE, LLC, by serving Rocket
Corporate Services, Inc.
245 West Chase St.,
Baltimore, MD 21201
Court Case #: 1:24-cv-00031-ADC

Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | | |
|---|---|---|
| Additional Document Service at Same Address | Agreed upon Fee | $32.50 |
| Printing Fees | | $2.50 |
| **TOTAL CHARGES:** | | **$35.00** |
| Payment: 03/06/2024 | Check#: 3177 | -$35.00 |
| **BALANCE:** | | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek
201 North Charles St., #1200
Baltimore, MD 21201
410-625-9409
RodwinD@publicjustice.org

Invoice #:
179911

Date:
01/18/2024

## INVOICE FOR SERVICE



Service #309773: Eron Heath                     Your File# Diana Jarek
7851 Birmingham Ave.,
Parkville, MD 21234
Court Case #: 1:24-cv-00031-ADC

Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | |
|---|---:|
| Additional Document Service at Same Address | $37.50 |
| Printing Fees | $2.50 |
| **TOTAL CHARGES:** | **$40.00** |
| Payment: 03/06/2024          Check#: 3177 | -$40.00 |
| **BALANCE:** | **$0.00** |

1



1413 K Street NW, 7th Floor
Washington, DC 20005
202.398.4200
202.658.7925 FAX
www.samedayprocess.com
info@samedayprocess.com
FEIN#: 141937022

Public Justice Center, Inc.
Diana Jarek                                            Invoice #:
201 North Charles St., #1200                           179894
Baltimore, MD 21201
410-625-9409                                            Date:
RodwinD@publicjustice.org                              01/18/2024

<h3 style="text-align:center">INVOICE FOR SERVICE</h3>



Service #309765: Infinite Homes                Your File# Diana Jarek
Group 21AA, LLC, by serving Rocket
Corporate Services, Inc.
245 West Chase St.,
Baltimore, MD 21201
Court Case #: 1:24-cv-00031-ADC

Jose Alfredo Amaya, et al v. Infinite Homes Group 646/500 LLC, et al

| | | |
|---|---|---|
| Additional Document Service at Same Address | Agreed upon Fee | $32.50 |
| Printing Fees | | $2.50 |
| **TOTAL CHARGES:** | | **$35.00** |
| Payment: 03/06/2024 | Check#: 3177 | -$35.00 |
| **BALANCE:** | | **$0.00** |

1