# EXHIBIT 3

 Outlook

## Status on Your Account#()

| From | Same Day Process Service, Inc. <thankyou@samedayprocess.com> |
|---|---|
| Date | Thu 1/18/2024 4:31 PM |
| To | Diana Jarek <JarekD@publicjustice.org> |

1 attachments (460 KB)
867081308287.jpg;

You don't often get email from thankyou@samedayprocess.com. Learn why this is important

# Status Items

Status on Your Account:
Serve On: Eron Heath
Court Case: 1:24-cv-00031-ADC

| Date and Time | Jobnum | Address | Event Type | Photo | Detail |
|---|---|---|---|---|---|
| 01/18/2024 at 10:24 AM | 309773 | 7851 Birmingham Ave. Parkville MD 21234 | Attempt | 867081308287.jpg | This is the home of the subject's mother. She stated that the subject does not reside here, and she does not know his current address. She did supply his phone number of 443-882-8177. |

Service Comments:
Additional Message: The current location was found to be a bad address. We would appreciate the opportunity to attempt service on the subject at an alternative address. Please respond with an alternate business or residential address. If you do not have an alternate address, our Skip Trace Investigations Team can attempt to locate one for you! We will provide you with an Affidavit of Due Diligence at the location provided. The document will describe all of our attempts to serve the subject thus far. We will provide an additional Affidavit of Service or Due Diligence subsequent to Skip Tracing the subject. Our proprietary databases filter through billions of records to locate the most logical location to serve your subject. When technology fails and the location we find is a bad address, our field investigators request from the current occupant forwarding information. There is no guarantee the address skipped will be valid or that the current occupant at any given location will provide forwarding information. The only way for us to verify the information we found is correct is by going

to that location and attempting service. Skip Tracing Fees: Standard Skip Trace $150.00 Rush Same Day (24 hours) Skip Trace $200.00. Before attempting service at a new address, we will email you the information along with a quote for the new service. Please advise and we will move forward accordingly. Thank you kindly for your business! The Team at Same Day Process

> **CAUTION :** This message originated from **outside of the Public Justice Center** email system. Be mindful before clicking on links, attachments, or **providing personally identifiable information** or financial information. Be especially careful when replying to messages that **contain personally identifiable information**.